**STATE of Missouri, Respondent,**

v.

**Herbert LARRIMORE, Appellant.**

**No. WD 43892.**

Missouri Court of Appeals,
Western District.

July 2, 1991.

Lorri McCoy, Jefferson City, for appellant.

Richard G. Callahan, Pros. Atty., Mark A. Richardson, Asst. Pros. Atty., Jefferson City, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of driving while intoxicated, § 577.010, RSMo 1986, driving while revoked, § 302.321, RSMo 1986, and speeding, § 304.010, RSMo 1986.

Affirmed. Rule 30.25(b).